496

CRAIG *et al. v.* PARKER.

This case being for decision by a full bench of six Justices, and they being equally divided in opinion, Russell, C. J., and Atkinson and Hill, JJ., being of the opinion that the judgment of the court below should be affirmed, and Beck, P. J., and Gilbert and Hines, JJ., being in favor of a reversal, the judgment of the lower court is affirmed by operation of law.

No. 8117. SEPTEMBER 23, 1931.

*Colquitt, Parker, Troutman & Arkwright* and *Ray Williams,* for plaintiffs in error.
*Craighead & Craighead* and *W. C. Henson,* contra.

BLANDENBURG *et al. v.* McKOWN *et al.*

BECK, P. J. Under all the evidence in the case the issues of fact made should have been submitted to the jury under proper instructions by the court. *Judgment reversed. All the Justices concur.*

No. 8152. SEPTEMBER 23, 1931.

*Augustine Sams, C. H. Feagan,* for plaintiffs.
*Mitchell & Mitchell* and *Paul L. Lindsay,* for defendants.